March 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

TAMEKA L. BAYLOR, Appellant

NO. 14-13-01073-CV                    V.

MULTI FAMILY BRADFORD PLACE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 26, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Tameka L. Baylor.

We further order this decision certified below for observance.